115 A.3d 311

EX REL. BARBARA BRYANT FOREIGN ESTATE, Petitioner

v.

CITY OF PHILADELPHIA BOARD OF PENSIONS
& RETIREMENT, Respondent.

No. 38 EM 2015.

Supreme Court of Pennsylvania.

May 29, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**